**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**
**DOCKET NO. 7:17-CV-373-TMC**

| | |
|---|---|
| **PENNSYLVANIA NATIONAL SECURITY INSURANCE COMPANY,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **PICKENS ROOFING AND SHEET METALS, INC. AND THE WINTHROP UNIVERSITY TRUSTEES FOR THE STATE OF SOUTH CAROLINA,** ) ) ) ) ) ) **Defendants.** ) | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

COMES NOW T. Nicholas Goanos, Counsel for The Winthrop University Trustees for the State of South Carolina, and respectfully requests scheduling protection in the above-captioned case during the periods of June 19, 2017 through and including July 10, 2017, as he will be out of the country for a family vacation. Attorney Goanos respectfully requests protection from any and all court appearances during the period of time as aforementioned.

Respectfully submitted this the 11th day of April, 2017.

        BUTLER WEIHMULLER KATZ CRAIG, LLP


        _s/ T. Nicholas Goanos_____
        L. Andrew Watson
        SC Fed Bar No.: 11332
        T. Nicholas Goanos
        SC Fed. Bar No.:  11971
        Zachary M. Jett
        SC Fed. Bar No.: 12102
        Peter W. Vogt
        Admitted *Pro Hac Vice*
        11605 North Community House Road, Ste. 150
        Charlotte, NC  28277
        PH:  (704) 543-2321
        FX:  (704) 543-2324
        E:   awatson@butler.legal
             tgoanos@butler.legal
             zjett@butler.legal
             pvogt@butler.legal
        *Attorneys for Defendant The Winthrop University Trustees for the State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2017, I electronically filed the foregoing document with the United States District Court for the District of South Carolina by using the CM/ECF system, which will automatically deliver electronic notification of the same to the following counsel of record:

Jason Scott Luck
Garrett Law Offices, LLC
1075 E. Montague Ave.
North Charleston, SC 29405
jluck@garrettlawsc.com
*Counsel for Plaintiff*

                               s/ T. Nicholas Goanos
                                     T. Nicholas Goanos