**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**SPARTANBURG DIVISION**
Civil Action No.: 7:17-cv-373-TMC

| | |
|---|---|
| **PENN NATIONAL SECURITY INSURANCE COMPANY AND PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** )<br>)<br>)<br>)<br>) | |
| Plaintiffs, ) | |
| v. ) | **DEFENDANT WINTHROP'S NOTICE OF FILING** |
| **PICKENS ROOFING AND SHEET METALS, INC. AND THE WINTHROP UNIVERSITY TRUSTEES FOR THE STATE OF SOUTH CAROLINA,** )<br>)<br>)<br>)<br>) | |
| Defendants. ) | |

Defendant, The Winthrop University Trustees for the State of South Carolina ("Winthrop"), hereby gives notice to this Honorable Court, Plaintiffs, and Co-Defendant Pickens Roofing and Sheet Metals, Inc. ("Pickens") that Winthrop does not object to Pickens' Motion to Amend Answer and Assert Counterclaims. *See* ECF Dkt. No. 65.

Respectfully submitted, this the 16th day of January, 2018.

        BUTLER WEIHMULLER KATZ CRAIG, LLP

        s/ T. Nicholas Goanos
        L. Andrew Watson, SC Fed. Bar No.: 11332
        T. Nicholas Goanos, SC Fed. Bar No.: 11971
        Zachary M. Jett, SC Fed. Bar No.: 12102
        Peter W. Vogt, Admitted *Pro Hac Vice*
        11605 North Community House Road, Suite 150
        Charlotte, North Carolina 28277
        Phone: (704) 543-2321
        Facsimile: (704) 543-2324
        E-mail: awatson@butler.legal
           tgoanos@butler.legal
           zjett@butler.legal
           pvogt@butler.legal
        *Attorneys for Defendant The Winthrop University Trustees for the State of South Carolina*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January 2018, I electronically filed the foregoing document with the United States District Court for the District of South Carolina by using the CM/ECF system, which will automatically deliver electronic notification of the same to the following counsel of record:

Jason Scott Luck
Garrett Law Offices, LLC
1075 E. Montague Ave.
North Charleston, South Carolina  29405
jluck@garrettlawsc.com
*Attorney for Plaintiff*

Diane U. Montgomery
Midkiff, Muncie & Ross, P.C.
300 Arboretum Place, Suite 420
Richmond, Virginia  23236
dmontgomery@midkifflaw.com
*Attorney for Plaintiff*

William T. Kesler, Jr.
Midkiff Muncie & Ross, P.C.
1511 Sunday Drive, Suite 214
Raleigh, North Carolina  27607
bkesler@midkifflaw.com
*Attorney for Plaintiff*

R. Patrick Flynn
Pope Flynn, LLC
P.O. Box 70
Charleston, South Carolina  29402
pflynn@popeflynn.com
*Attorney for Defendant Pickens Roofing and Sheet Metals, Inc.*

    s/ T. Nicholas Goanos
       T. Nicholas Goanos